IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Just for Jesus Challenge Homeless Outreach, a Pennsylvania non-profit corporation; First Apostles Doctrine Church; Reverend Jack L. Wisor, <br><br>　　Plaintiffs, <br><br>　v. <br><br>Borough of Brookville, PA; Robert Receski; Mark Humes; Vincent Markle; David Vallosio, in their official and individual capacities, <br><br>　　Defendants. | CIVIL DIVISION <br><br> CASE NO: 2:2008-cv-01584 <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　IT IS HEREBY STIPULATED, that all claims in this action be withdrawn and dismissed with prejudice.

K&L GATES, LLP　　　　　　　　　　　.　　　CIPRIANI & WERNER, P.C.

BY:　/s/ J. Nicholas Ranjan　　　　　　　BY:　/s/ Philip J. Sbrolla
　　J. Nicholas Ranjan, Esquire　　　　　　　Philip J. Sbrolla, Esquire
　　P.A. I.D. #: 93121　　　　　　　　　　　P.A. I.D. #: 90231
　　Henry W. Oliver Building　　　　　　　650 Washington Road, Ste. 700
　　535 Smithfield Street　　　　　　　　　Pittsburgh, PA 15228
　　Pittsburgh, PA 15222-2312

　　Attorney for Plaintiff,　　　　　　　　　Attorney for the Defendants,
　　Just for Jesus Challenge　　　　　　　　Borough of Brookville, PA, Robert
　　Homeless Outreach, a Pennsylvania　　　Receski,
　　non-profit corporation; First Apostles　　Mark Humes, Vincent Markle, and David
　　Doctrine Church; Reverend　　　　　　　Vallosio
　　Jack L. Wisor

DATED:　9/18/09　　　　　　　　　　　　DATED:　9/18/09